**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2282**

---

JAMES M. BURROW, JR.,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-92-501)

---

Submitted: August 12, 1997        Decided: September 9, 1997

---

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

James M. Burrow, Jr., Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Sonya Annette White, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming the decision of the Commissioner of Social Security ("Commissioner") to grant disability insurance benefits commencing June 27, 1989. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and affirm substantially on the reasoning of the district court. Burrow v. Chater, No. CA-92-501 (E.D. Va. Aug. 15, 1996). However, we modify the onset of disability insurance benefits to begin on May 19, 1989, the date of Dr. Nazir Chaudhary's examination in which he found that Appellant's psychiatric problems rendered him unable to work. See 28 U.S.C. § 2106 (1994).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED